**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILLIE HUTCHERSON**                                                                      **PLAINTIFF**
**ADC #093873**

**v.**                                        **CASE NO. 4:26-cv-303 JM**

**STEVEN ABED,** *et al.*                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE